**Willis SMITH, Petitioner-Appellant,**

v.

**UNITED STATES of America,
Respondent-Appellee.**

**No. 72–1885.**

United States Court of Appeals,
Fifth Circuit.

Aug. 30, 1972.

---

Willis Smith, pro se.

Robert W. Rust, U. S. Atty., Michael P. Sullivan, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

**510**

Before WISDOM, GODBOLD and RO-NEY, Circuit Judges.

PER CURIAM:

Appellant having failed to file a brief, this appeal is referred to us under the provisions of Local Rule 9(c) (2).[1] The record reveals that the appeal is entirely lacking merit and we therefore dismiss.[2]

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See Local Rule 20; Eisenhardt v. United States, 5th Cir. 1972, 461 F.2d 1267.